GARLAND J. LANG V. STATE OF TEXAS

NO. 07-00-0566-CR  

 

 IN THE COURT OF APPEALS  

 

FOR THE SEVENTH DISTRICT OF TEXAS  

 

 AT AMARILLO  

 

PANEL B  

 

 JANUARY 8, 2001  

 

______________________________  

 

 

 GARLAND J.  LANG, 

Appellant

 v.  

 

 THE STATE OF TEXAS, 

Appellee

  

 _________________________________  

 

 FROM THE 137TH DISTRICT COURT OF LUBBOCK COUNTY;  

 

 NO. 97-425,620; HON. BRADLEY UNDERWOOD, PRESIDING   

 _______________________________  

 

Before BOYD, C.J., and QUINN and JOHNSON, JJ. 

Garland J. Lang, appellant, attempts to appeal his conviction for delivery of a controlled substance.  The trial court sentenced appellant on June 25, 1998.  His notice of appeal, however, was filed on December 21, 2000, approximately two and one-half years after sentencing.  We dismiss the appeal for want of jurisdiction.      

A timely notice of appeal is necessary to invoke the court of appeal’s jurisdiction.  
Olivo v. State
, 918 S.W.2d 519, 522 (Tex.Crim.App. 1996).   To be timely, it must be filed 

within either 30 or 90 days of the date sentence is pronounced in open court.  
Tex. R. App. P
. 26.2 (a).   Having been filed long after both periods lapsed, the notice at bar fails to invoke our jurisdiction.  Therefore, we dismiss the appeal for the want of jurisdiction.

 

                                          Brian Quinn

   Justice

                                           

 

Do not publish.